IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TERESA BUCK                                                                                              PLAINTIFF

V.                                         CASE NO. 06-6034

VICKIE GRIFFITH; and
ST. JOSEPH'S MERCY HEALTH CENTER                                              DEFENDANTS

## BRIEF IN SUPPORT OF MOTION IN LIMINE

COMES the Plaintiff, and submits this Brief:

1. Plaintiff expects Defendant to attempt to introduce evidence at trial of Plaintiff's work performance at National Park Medical Center. Plaintiff went to work at National Park Medical Center after she was fired by the Defendant. Accordingly, such evidence is not relevant, and its probative value is outweighed by its prejudice and likelihood of confusion. Therefore, pursuant to Rule 403, this evidence should be excluded. Furthermore, evidence of National Park Medical Center's productivity standards, is, for these same reasons, also likely to lead to undue prejudice and confusion. Therefore, this evidence should be excluded as well.

          Respectfully Submitted,

          HARRILL & SUTTER, P.L.L.C.
          Attorneys at Law
          Post Office Box 26321
          310 Natural Resources Drive
          Little Rock, Arkansas 72221
          (501) 224-1050 FAX (501) 223-9136
          Attorneys for the Plaintiff(s)

By: _____
      Luther Oneal Sutter, Ark. Bar No. 95031

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of May, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to counsel for the Defendant:

Mr. Stuart Jackson
Wright, Lindsey & Jennings, LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas  72201-3699

                              Luther Oneal Sutter